UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT  CR 12-104 RHK/FLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | (18 U.S.C. § 922(g)(1)) |
| v. | ) | (18 U.S.C. § 922(n)) |
| | ) | (18 U.S.C. § 924(a)(2)) |
| SAMUEL JAMES JOHNSON, | ) | (18 U.S.C. § 924(a)(1)(D)) |
| | ) | (18 U.S.C. § 924(e)) |
| Defendant. | ) | (18 U.S.C. § 2461(c)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Armed Career Criminal in Possession of a Firearm)

On or about October 30, 2010, in the State and District of Minnesota, the defendant,

**SAMUEL JAMES JOHNSON,**

having previously been convicted of three or more crimes punishable by imprisonment for a term exceeding one year, to-wit:

| CHARGE | LOCATION | CONVICTION DATE |
|---|---|---|
| Felony Theft | Hennepin County, MN | December 15, 1999 |
| Attempted Simple Robbery | Mower County, MN | April 6, 2000 |
| Simple Robbery | Mower County, MN | November 1, 2007 |
| Possession of a Short-Barreled Shotgun | Mower County, MN | November 1, 2007 |
| Sale of a Simulated Controlled Substance | Mower County, MN | November 1, 2007 |

thereafter did knowingly and intentionally possess, in and affecting interstate commerce, one or more of the following firearms, to wit: a Springfield Model 745B 12 gauge shotgun bearing



U.S. v. Samuel James Johnson

no serial number, and a Ruger Mark III .22 caliber handgun, serial number 227-19080, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 2
(Armed Career Criminal in Possession of Ammunition)

On or about November 3, 2010, in the State and District of Minnesota, the defendant,

**SAMUEL JAMES JOHNSON,**

having previously been convicted of three or more crimes punishable by imprisonment for a term exceeding one year, to-wit:

| CHARGE | LOCATION | CONVICTION DATE |
| --- | --- | --- |
| Felony Theft | Hennepin County, MN | December 15, 1999 |
| Attempted Simple Robbery | Mower County, MN | April 6, 2000 |
| Simple Robbery | Mower County, MN | November 1, 2007 |
| Possession of a Short-Barreled Shotgun | Mower County, MN | November 1, 2007 |
| Sale of a Simulated Controlled Substance | Mower County, MN | November 1, 2007 |

thereafter did knowingly and intentionally possess in and affecting interstate commerce, ammunition, that is, sixty (60) rounds of Wolf brand 7.62 x 39 caliber ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

U.S. v. Samuel James Johnson

### COUNT 3
(Armed Career Criminal in Possession of Firearm)

On or about November 4, 2010, in the State and District of Minnesota, the defendant,

**SAMUEL JAMES JOHNSON,**

having previously been convicted of three or more crimes punishable by imprisonment for a term exceeding one year, to-wit:

| CHARGE | LOCATION | CONVICTION DATE |
|---|---|---|
| Felony Theft | Hennepin County, MN | December 15, 1999 |
| Attempted Simple Robbery | Mower County, MN | April 6, 2000 |
| Simple Robbery | Mower County, MN | November 1, 2007 |
| Possession of a Short-Barreled Shotgun | Mower County, MN | November 1, 2007 |
| Sale of a Simulated Controlled Substance | Mower County, MN | November 1, 2007 |

thereafter did knowingly and intentionally possess, in and affecting interstate commerce, a Romanian GP WASR-10 7.62 x .39 caliber semi-automatic assault rifle, serial number 1969CE2207, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

U.S. v. Samuel James Johnson

## COUNT 4
(Armed Career Criminal in Possession of Ammunition)

On or about November 4, 2010, in the State and District of Minnesota, the defendant,

**SAMUEL JAMES JOHNSON,**

having previously been convicted of three or more crimes punishable by imprisonment for a term exceeding one year, to-wit:

| CHARGE | LOCATION | CONVICTION DATE |
| --- | --- | --- |
| Felony Theft | Hennepin County, MN | December 15, 1999 |
| Attempted Simple Robbery | Mower County, MN | April 6, 2000 |
| Simple Robbery | Mower County, MN | November 1, 2007 |
| Possession of a Short-Barreled Shotgun | Mower County, MN | November 1, 2007 |
| Sale of a Simulated Controlled Substance | Mower County, MN | November 1, 2007 |

thereafter did knowingly and intentionally possess, in and affecting interstate commerce, over 1000 rounds of Remington .22 caliber ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 5
(Armed Career Criminal in Possession of Firearm)

On or about December 8, 2010, in the State and District of Minnesota, the defendant,



U.S. v. Samuel James Johnson

**SAMUEL JAMES JOHNSON,**

having previously been convicted of three or more crimes punishable by imprisonment for a term exceeding one year, to-wit:

| CHARGE | LOCATION | CONVICTION DATE |
|---|---|---|
| Felony Theft | Hennepin County, MN | December 15, 1999 |
| Attempted Simple Robbery | Mower County, MN | April 6, 2000 |
| Simple Robbery | Mower County, MN | November 1, 2007 |
| Possession of a Short-Barreled Shotgun | Mower County, MN | November 1, 2007 |
| Sale of a Simulated Controlled Substance | Mower County, MN | November 1, 2007 |

thereafter did knowingly and intentionally possess, in and affecting interstate commerce, one or more of the following firearms, to wit: a Springfield XD .45 caliber handgun, serial number unknown, and a Smith and Wesson Model 15-22 .22 caliber rifle, serial number unknown, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

### COUNT 6
(Armed Career Criminal in Possession of a Firearm)

On or about September 11, 2011, in the State and District of Minnesota, the defendant,

**SAMUEL JAMES JOHNSON,**

having previously been convicted of three or more crimes punishable

U.S. v. Samuel James Johnson

by imprisonment for a term exceeding one year, to-wit:

| CHARGE | LOCATION | CONVICTION DATE |
|---|---|---|
| Felony Theft | Hennepin County, MN | December 15, 1999 |
| Attempted Simple Robbery | Mower County, MN | April 6, 2000 |
| Simple Robbery | Mower County, MN | November 1, 2007 |
| Possession of a Short-Barreled Shotgun | Mower County, MN | November 1, 2007 |
| Sale of a Simulated Controlled Substance | Mower County, MN | November 1, 2007 |

thereafter did knowingly and intentionally possess, in and affecting interstate commerce, one or more of the following firearms, to wit: a Norinco Model 97 shotgun, serial number MIL3147, a Romanian GP WASR-10 7.62 x .39 caliber semi-automatic assault rifle, serial number 1969CE2207, and a Rohm Model 66 .22 caliber revolver, serial number IB205279, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

Counts 1-4 and 6 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

U.S. v. Samuel James Johnson

As a result of the foregoing offenses, the defendant,

**SAMUEL JAMES JOHNSON,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), any firearm with accessories or any ammunition involved in or used in any knowing violation of section 922(g) and 924, including a Springfield Model 745B 12 gauge shotgun bearing no serial number, a Ruger Mark III .22 caliber handgun, serial number 227-19080, sixty (60) rounds of Wolf brand 7.62 x 39 caliber ammunition, 1000 rounds of .22 caliber Remington brand ammunition, a Romanian GP WASR-10 7.62 x .39 caliber semi-automatic assault rifle, serial number 1969 CE2207, a Norinco Model 97 shotgun, serial number MIL3147, and a Rohm Model 66 .22 caliber revolver, serial number IB205279, all in violation of Title 18, United States Code, Sections 922(g)(1), 922(n), 924(a)(2), 924(a)(D) and 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                 FOREPERSON