OFFICE OF THE
# FEDERAL DEFENDER
**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*KATHERIAN D. ROE
Federal Defender

*ANDREW H. MOHRING
First Assistant Defender

*KATHERINE MENENDEZ
Chief of Training

*MSBA Certified Criminal Law Specialist

*MANNY ATWAL
*CAROLINE DURHAM
REGGIE ALIGADA
*DOUGLAS OLSON
JAMES BECKER
SHANNON ELKINS
Assistant Defenders

TIM TREBIL
CHAD SPAHN
JOHN CICH
Investigators

May 11, 2012

Honorable Franklin L. Noel
United States Magistrate Judge
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   United States v. Samuel James Johnson
      Criminal No. 12-104 (RHK/FLN)

Dear Magistrate Judge Noel:

   I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Johnson and hereby request that the motion hearing currently scheduled for Wednesday, May 16, 2012 at 9:00 a.m., be cancelled. The parties will contact Judge Kyle's chambers to schedule a change of plea hearing.

Sincerely,

*s/ Douglas Olson*

DOUGLAS OLSON
Assistant Federal Defender

cc:   Carol Kayser, AUSA