# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>　　v.<br>Samuel James Johnson,<br>　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　　　Cr. 12-104  RHK/FLN<br>Date:　　　　　　June 6, 2012<br>Court Reporter:　Carla  Bebault<br>Courthouse:　　　St. Paul<br>Courtroom:　　　7A<br>Time Commenced:　1:00<br>Time Concluded:　1:30<br>Time in Court:　 Hours & 30 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.

Before Richard Kyle, United States Judge, at St. Paul, Minnesota.

APPEARANCES:
　　For Plaintiff:　　　Andrew Winter
　　For Defendant:　　Douglas Olson　　☐ FPD  ☐ CJA  ☐ Retained  ☐ Appointed
　　Interpreter/Language: /
☐ Appointment of Counsel requested - ☐ granted  ☐ denied.
☐ Appointed

PROCEEDINGS:

　　☐ **Arraignment** on ☐ Information, ☐ Indictment
　　☒ **Change of Plea Hearing.**
　　☐ **Initial Appearance.**
　　☐ Indictment waived.
　　☐ Defendant withdraws plea of as to Count(s):

　　☒ PLEA:
　　　　☒ Guilty as to Count(s):3
　　　　☐ Guilty as to All Counts without a Plea Agreement (Straight-up)
　　　　☐ "Nolo Contendere" as to Count(s):
　　　　☐ Defendant admits allegations in the Information.

　　☒　Presentence Investigation and Report requested.
　　☐　Bond continued.
　　☐　**~Util Set/Reset Hearings:**　Sentencing is scheduled for at before.
　　☒　Defendant remanded to the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Deborah Siebrecht
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk